UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEXANDRO SHALABI,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF FONTANA, et al.,<br><br>             Defendants. | Case No. EDCV 12-02152-VAP (DTBx)<br><br>**JUDGMENT AS TO DEFENDANTS CITY OF FONTANA AND RODNEY G. JONES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants City of Fontana and Rodney G. Jones is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 1, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge