**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALEXANDRO SHALABI,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF FONTANA, RODNEY G. JONES, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, UNKNOWN CITY OF FONTANA POLICE OFFICER NO. 1, UNKNOWN CITY OF FONTANA POLICE OFFICER NO. 2, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>             Defendants. | Case No. EDCV 12-02152-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 30, 2013

                              VIRGINIA A. PHILLIPS<br>
                             United States District Judge